# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Inga Hakan,<br><br>               Plaintiff,<br><br>       v.<br><br>MGM Resorts International,<br><br>               Defendant. | Case No. 2:22-cv-02097-CDS-DJA<br><br>**Order** |

Before the Court is the parties' stipulation to reassign the early neutral evaluation ("ENE") conferences in the instant case and related case—*Taylor v. MGM Grand Hotel, LLC*, No. 2:22-cv-02069-CDS-DJA—to the Honorable Magistrate Judge Cam Ferenbach. (ECF No. 27). The parties explain that "the fundamental legal issues of both cases are the same, and Magistrate Judge Ferenbach has already conducted the ENE in two of the five related cases…" (*Id.* at 2). However, since the parties filed their stipulation, the Honorable Magistrate Judge Brenda Weksler conducted an ENE in the related case *Koonce v. MGM Grand Hotel, LLC*, No. 2:22-cv-02061-CDS-DJA. (*Koonce*, ECF No. 30). After conferring with Judge Weksler and Judge Ferenbach regarding the reassignment of the remaining two ENEs, the Court finds it appropriate to reassign the remaining ENEs to both Judge Ferenbach and Judge Weksler so that the judges split the two ENEs.

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 27) is **granted in part and denied in part.** It is granted in part regarding the parties' request to reassign the ENE. It is denied in part regarding the parties' request that the ENEs in both cases be conducted by Judge Ferenbach alone.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to randomly reassign the ENEs in this case and in *Taylor v. MGM Grand Hotel, LLC*, No. 2:22-cv-02069-CDS-DJA to either Judge Weksler or Judge Ferenbach such that the judges split the two ENEs.

**IT IS FURTHER ORDERED** that the ENE scheduled for Monday, May 22, 2023 before the undersigned is **VACATED**.

DATED: May 18, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE